**STACEY & FUNYAK**
ATTORNEYS AT LAW
THE GRAND BUILDING, SUITE 700
100 NORTH 27TH STREET
P.O. BOX 1139
BILLINGS, MONTANA 59103-1139

CALVIN J. STACEY
KEVIN M. FUNYAK
MORGAN M. SORENA*
 *Also Licensed in California & New York

PHONE:  406-259-4545
FAX:  406-259-4540

June 6, 2023

**_Via Email ONLY_**
_carls@blackfordcarls.com_

Hillary P. Carls
Blackford Carls P.C.
602 W. Lamme Street
Bozeman, MT    59715

_RE:    Your Client:  Elizabeth Klemann_
_        My Client:   Zachary Ailes_

Dear Hillary:

I acknowledge receipt of your May 31, 2023 letter along with the "Psychotherapy Treatment Summary" of Warren Michelson and the Draft First Amended Complaint referenced to in your letter.

First of all, in regard to Mr. Michelson's two page report, it appears to me that he first saw Ms. Klemann on November 9, 2022, over three years from the date of the accident at issue in this matter.   His report also indicates that he has seen her a total of 24 sessions.   In my February 23, 2023 letter, I requested copies of all of Mr. Michelson's records.   I would greatly appreciate it if you would provide me with all of his records, not just the Psychotherapy Treatment Summary.

Also, in regard to medical records, my February 23rd letter requested that all of Ms. Klemann's medical records and bills be made available to me either through a DropBox link or if you would prefer, send me the records in some other fashion.   Again, I would ask that all medical records including but not limited to Mr. Michelson's records be sent for review and consideration.

In my February 23rd letter, I raised an extremely important legal issue with you concerning why you believed the alleged sexual assault cause of action is not time-barred pursuant to

**EXHIBIT D-1**

Ms. Hillary Carls
June 6, 2023
Page  2

Montana's two-year statute of limitations found at §27-2-204(3), MCA.   Your response indicates that you are "confident" that this claim is not time-barred and that you should be able to proceed pursuant to a negligence cause of action.   As I have stated previously, I respectfully disagree and do not believe that this cause of action can be properly asserted in good faith.   If you would like to expand upon the legal basis as to why you believe the alleged sexual assault cause of action is not time-barred, I would be more than happy to review and consider any legal authority to that extent but at this point in time, based upon the comments found in your May 31st letter, I do not see a good faith basis to pursue this claim.

Turning our attention to the new Draft First Amended Complaint, as you state in your letter, you have now decided to pursue a negligence claim against Elizabeth Ailes.   First of all, I am not sure the Montana Courts have personal jurisdiction over Mrs. Ailes.   Putting that issue aside for the moment, after reviewing the allegations being made against her, I know of no facts that in good faith would support a negligence claim against her, assuming that a legal duty even exists, a significant issue.   I know of no facts that would support a claim against Mrs. Ailes and if you are aware of any facts, please provide them to me.   At this point in the proceedings, there does not appear to be a good faith basis upon which to name Mrs. Ailes as a party to this litigation and it is my sincere hope that if this litigation proceeds into the future, Mrs. Ailes will not be named as a party.

Finally, you have indicated that we need to let you know whether or not my client will participate in settlement conversations with a deadline of letting you know by June 22, 2023, I do not know if I will be able to get back to you by then but hopefully the requested information found within this letter will be provided before then so I that I will have an opportunity to review it and visit with all involved.

Sincerely yours,

*Calvin J. Stacey*

Calvin J. Stacey
CJS:trl
*Via electronic signature for emailing purposes only.*

cc:    Zach Ailes
       Josh Barrett

**EXHIBIT D-2**