| Tran Date | Timekeeper | Matter Name | Time Billed | Amount | Rate | Task Code | Act Code | Narrative |
|---|---|---|---|---|---|---|---|---|
| 05/18/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A106 | Communication with client Hillary Carls re: **[ACP Redaction]**. |
| 05/15/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A103 | Review and analyze abuse-of-process claim under Montana law; research and apply relevant standard (Brault v. Smith); draft and revise argument section addressing elements of ulterior purpose and improper use of process; incorporate procedural history and supporting facts; edit for tone and clarity consistent with motion practice. |
| 05/15/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A103 | Review and analyze opposing brief regarding malicious prosecution and abuse of process claims; evaluate arguments on favorable termination and identify deficiencies under Montana law. |
| 05/15/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.60 | 858.00 | 330.00 | L240 | A103 | Review and draft section of reply brief addressing dismissal of malicious prosecution and abuse of process claims; analyze favorable termination requirement under Montana law, including application and distinction of Sacco and O'Fallon, and evaluate effect of prior Rule 12(b)(6) order (partial dismissal of category of damages on statute-of-limitations grounds) on merits inquiry. |
| 05/15/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 2.90 | 957.00 | 330.00 | L240 | A103 | Revise introduction and arguments that UPEPA applies to plaintiffs' claims to streamline and reduce word count to comply with court rules -- approved by R. Winthrop. |
| 05/15/2026 | Sarabia, Michael P. | Ailes v. Hillary Carls | 1.20 | 396.00 | 330.00 | L240 | A104 | Review/analyze Plaintiff's 55-page Response in Opposition to Motion to Dismiss for purposes of identifying counterarguments for Reply Brief in Support of Motion, including development of arguments re failure to establish a favorable termination in re his malicious prosecution claim. |
| 05/15/2026 | Sarabia, Michael P. | Ailes v. Hillary Carls | 1.30 | 429.00 | 330.00 | L240 | A104 | Review/analyze approx. 50 pages of Montana Supreme Court and Ninth Circuit decisions cited by Plaintiff in his Response in Opposition to Motion to Dismiss for purposes of distinguishing the same and developing counterarguments for Reply Brief in Support, including arguments that Plaintiff cannot establish an abuse of process claim. |
| 05/14/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A103 | Formulate reply arguments addressing failure to establish required elements of malicious prosecution and abuse of process, including refinement of legal standards, application to pleaded facts, and integration into reply briefing. |
| 05/13/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.60 | 198.00 | 330.00 | L110 | A106 | Confer with client regarding Plaintiff Ailes' re: **[ACP Redaction].** |
| 05/13/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.40 | 792.00 | 330.00 | L240 | A103 | Drafted and revised argument distinguishing Berk v. Choy and reinforcing Ninth Circuit anti-SLAPP framework under CoreCivic and Planned Parenthood, including analysis of Rule 12(b)(6) standard and absence of conflict with Federal Rules. |
| 05/13/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 3.00 | 990.00 | 330.00 | L240 | A103 | Draft section of brief addressing that UPEPA is procedural rather than substantive under Erie doctrine and does not conflict with the Federal Rules of Civil Procedure; evaluate applicable case law and integrate into argument. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 05/13/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.40 | 462.00 | 330.00 | L240 | A103 | Prepare and revise introductory section of Defendant Carl's reply brief in support of motion to dismiss, including framing of procedural posture, refinement of argumentative themes, and integration of key points from opposition briefing. |
| 05/12/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A103 | Formulated argument for reply brief addressing why UPEPA does not conflict with Federal Rules; analyzed Planned Parenthood and related authority. |
| 05/12/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 4.00 | 1,320.00 | 330.00 | L240 | A104 | Review and analyze case law cited by Plaintiff Ailes regarding alleged conflict between UPEPA and the Federal Rules of Civil Procedure. Approval from adjuster Rachael Winthrop. |
| 05/12/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A101 | Formulate and refine reply arguments after reviewing and analyzing Plaintiff Ailes' cited case law regarding the alleged conflict between UPEPA and the Federal Rules of Civil Procedure, including development of counter-analysis under Erie and integration into reply brief. |
| 05/12/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.70 | 231.00 | 330.00 | L240 | A104 | Review motion to dismiss and reply in support filed by GRSM in Iowa anti-slapp action to inform strategy for briefing in support of Montana action - 19 pages - approved by R. Winthrop. |
| 05/11/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A101 | Review Klemann's reply brief and analyze its arguments, including evaluation of positions likely to impact Court's ruling; assess and incorporate responsive arguments and strategic adjustments into Carls' reply in support of motion to dismiss. |
| 05/11/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 3.50 | 1,155.00 | 330.00 | L240 | A101 | Review Plaintiff's opposition brief and outline structure and arguments for reply in support of motion to dismiss, including identification of key issues, organization of responsive arguments, and development of counterpoints for drafting. 40 page response brief. |
| 05/11/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L240 | A105 | Conference call with N. Hammond regarding strategy for reply in support of motion to dismiss based on anti-slapp statute (approved by R. Winthrop). |
| 05/08/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L240 | A104 | Review Klemann's reply in support of motion to dismiss for purpose of providing guidance to drafting team -- 15 pages - approved by R. Winthrop. |
| 05/08/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 3.40 | 1,122.00 | 330.00 | L240 | A104 | Review key case law cited by parties' for and against dismissal for purposes of developing strategy for reply in support of motion to dismiss -- approximately 300 pages -- approved by R. Winthrop. |
| 05/07/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 2.10 | 693.00 | 330.00 | L240 | A104 | Review parties' briefing for and against dismissal for purposes of developing strategy for reply in support of motion to dismiss -- approximately 80 pages -- approved by R. Winthrop. |
| 05/07/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.40 | 118.00 | 295.00 | L240 | A104 | Review and analyze Plaintiff's Affidavit of Zachary Ailes in preparation for Defendant's Reply in Support of the same. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 05/07/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.50 | 147.50 | 295.00 | L240 | A102 | Begin reviewing, analyzing, and researching Plaintiff's Opposition to Defendant's Special Motion to Dismiss - Retroactive Legislation Argument in preparation for Defendant's Reply in Support of the same (including legal research on Trinh v. Nguyen, 180 N.Y.S.3d 735 (N.Y. App. Div. 2002). |
| 05/07/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.70 | 206.50 | 295.00 | L240 | A102 | Begin legal research on sexual assault cases, including institutions like public school districts and Catholic dioceses (including review and analysis of 40th Statewide Investigating Grand Jury Report 1 - 1356 pages), and look-back provisions in preparing Reply to Plaintiff's Opposition to Defendant's Special Motion to Dismiss. |
| 05/07/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.40 | 118.00 | 295.00 | L240 | A102 | Legal research regarding Berk v. Choy, 146 S. Ct. 546 (2026), and it application on Anti-SLAPP statutes in the Ninth Circuit in preparation for Reply Brief in Support of Special Motion for Relief. |
| 05/06/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.80 | 236.00 | 295.00 | L240 | A102 | Legal research on framing on Anti-SLAPP motion as motion to dismiss and potential conversion to summary judgment standard. |
| 05/04/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.30 | 88.50 | 295.00 | L250 | A103 | Draft and revise strategic Motion to Extend Deadline to File Reply Brief. |
| 05/04/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.10 | 324.50 | 295.00 | L240 | A104 | Review and analyze Affidavit of standard of care expert Sean Goicoechea in development of liability defense analysis and preparation for drafting reply brief in support of motion for expedited relief to dismiss. |
| 05/04/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.20 | 59.00 | 295.00 | L250 | A103 | Draft and revise proposed Order re: Motion to Extend Deadline to File Reply Brief. |
| 04/30/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.10 | 693.00 | 330.00 | L240 | A101 | Evaluated Plaintiffs' response arguments regarding factual disputes on probable cause and expert testimony; **[WP Redaction]** |
| 04/29/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L110 | A108 | Conferral with opposing counsel regarding extension of time to file reply brief and expanded word count. |
| 04/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.80 | 264.00 | 330.00 | L110 | A108 | Communicate with adjuster Rachael Winthrop regarding Plaintiff Ailes' opposition brief and strategy for reply in support of motion to dismiss **[ACP/WP Redaction].** |
| 04/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L110 | A104 | Review correspondence from client Hillary Carls re: **[ACP Redaction].** |
| 04/27/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.60 | 198.00 | 330.00 | L120 | A106 | Conference call with R. Winthrop regarding defense strategy re: **[ACP Redaction].** |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 04/27/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.30 | 88.50 | 295.00 | L130 | A104 | Review and analyze potential standard of care experts in development of response to Plaintiff's expert affidavit. |
| 04/27/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.50 | 147.50 | 295.00 | L120 | A108 | Prepare for and participate in teleconference with Adjuster Winthrop re: **[ACP Redaction].** |
| 04/24/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.80 | 264.00 | 330.00 | L110 | A106 | Communicate with client Hillary Carls regarding Plaintiff Ailes' opposition brief and strategy for reply in support of motion to dismiss re: **[ACP Redaction].** |
| 04/24/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A108 | Confer with co-defendant counsel Mike Doggett regarding Plaintiff Ailes' opposition brief and strategy for reply in support of motion to dismiss **[ACP/WP Redaction].** |
| 04/24/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A103 | Drafted and revised stipulation language regarding resetting hearing; conferred with opposing counsel and incorporated limited waiver of 60-day hearing requirement while preserving all other rights. |
| 04/24/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.70 | 231.00 | 330.00 | L110 | A103 | Drafted correspondence to adjuster Rachael Winthrop regarding Plaintiff's attempt to convert motion into evidentiary hearing; analyzed affidavit submitted by Plaintiff; prepared request to retain Montana counsel to provide responsive opinion and affidavit; addressed timing considerations for reply brief. |
| 04/24/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L240 | A104 | Conduct initial review of Plaintiff Ailes' opposition brief (approx. 40 pages), including supporting affidavits and factual submissions, to assess arguments, identify key factual assertions, and evaluate shift toward fact-based opposition for purposes of reply strategy. |
| 04/24/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L250 | A103 | Revise plaintiff's draft motion to re-set hearing on motions to dismiss. |
| 04/24/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.30 | 88.50 | 295.00 | L210 | A103 | Draft and revise protective language in Unopposed Motion to Reset Hearing. |
| 04/24/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.90 | 265.50 | 295.00 | L250 | A104 | Begin review of Plaintiff's Brief in Opposition to Defendants' Special Motions to Dismiss (Plaintiff's overlength brief at 9993 words) in development of litigation strategies for reply |
| 04/24/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.00 | 295.00 | 295.00 | L210 | A104 | Begin review of Plaintiff's Brief in Opposition to Defendants' Special Motions to Dismiss (Plaintiff's overlength brief at 9993 words) in development of litigation strategies for reply - (review and analysis of Abuse of Process section). |
| 04/23/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L210 | A103 | Revisions to unopposed motion reset hearing. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 04/20/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L110 | A104 | Review Order from Court on Ailes motion for extension and for expanded brief. |
| 04/16/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.20 | 66.00 | 330.00 | L240 | A108 | Exchange emails with plaintiff's counsel regarding response to plaintiff's request for accommodations with respect to extension of time and word limitations. |
| 04/16/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L240 | A108 | Conference call with plaintiff's counsel regarding case status, upcoming hearing, and plaintiff's request for accommodations with respect to extension of time and word limitations. |
| 04/15/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A104 | Reviewed opposing counsel Tasha Jones' request for hearing continuance and leave to file consolidated response brief; evaluated scheduling conflicts, client circumstances, and strategic implications of extension and briefing parameters. |
| 04/15/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L120 | A106 | Draft email to H. Carls regarding strategy **[ACP Redaction].** |
| 04/15/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.10 | 33.00 | 330.00 | L120 | A108 | Exchange emails with plaintiff's counsel regarding their request for agreement to move hearing date and to increase word count for consolidated response to anti-SLAPP motions. |
| 04/13/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L110 | A106 | Communicate with client Hillary Carls regarding status of matter. |
| 04/07/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L110 | A104 | Review Order from Court setting date and time for oral argument. |
| 04/06/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.20 | 66.00 | 330.00 | L110 | A104 | Review email from client Hillary Carls re: discussing sexual assault survivors **[ACP Redaction].** |
| 04/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A106 | Discuss with client Hillary Carls reassignment to district judge following objection to magistrate and advising regarding upcoming motion response deadline. |
| 04/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L110 | A108 | Discuss reassignment to Judge Molloy with co-defense counsel Mike Doggett. |
| 04/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A104 | Review of Iowa anti-SLAPP motion and accompanying ruling, and analysis of applicability of Iowa's UPEPA anti-SLAPP framework and judicial proceedings privilege to current claims, including incorporation of same into defense strategy in this matter and argument development. |

EXHIBIT A

| Date | Name | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 04/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L110 | A104 | Review of court-generated notice regarding Clerks Notice of Reassignment, and drafting email to team addressing case reassignment. |
| 04/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L110 | A103 | Prepare consent to magistrate judge. |
| 04/02/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.10 | 33.00 | 330.00 | L210 | A104 | Review Order from Court on extension of time. |
| 03/31/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.10 | 33.00 | 330.00 | L240 | A108 | Exchange emails with plaintiff's counsel regarding request for extension of time to respond to Carls and Klemann motions to dismiss. |
| 03/30/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.70 | 231.00 | 330.00 | L110 | A104 | Review of complaint and accompanying therapy records in preparation for anti-SLAPP hearing; evaluate allegations of malicious prosecution and abuse of process; analyze legal significance of underlying claims having been dismissed as time-barred |
| 03/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A103 | Drafted executive background and factual summary for case evaluation **[WP Redaction].** |
| 03/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.30 | 429.00 | 330.00 | L110 | A103 | Drafted detailed liability and damages evaluation, reviewing pleadings and motion to dismiss; analyzing malicious prosecution, abuse of process, affirmative defenses, statutory immunity, and damages limitations |
| 03/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.70 | 891.00 | 330.00 | L110 | A103 | Drafted early resolution assessment and litigation plan for case evaluation **[WP Redaction].** |
| 03/26/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L110 | A108 | Communicate with Rachael Winthrop regarding next steps in process for special motion to dismiss. |
| 03/25/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L110 | A104 | Evaluate co-defendant Klemann anti-slapp brief for consistency with defense posture. |
| 03/23/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.30 | 0.00 | 330.00 | L120 | A105 | Communications with N. Hammond and L. Mullineaux regarding consent to magistrate. |
| 03/20/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.10 | 693.00 | 330.00 | L110 | A103 | Make final edits to brief in support of special motion to dismiss under the Montana Anti-SLAPP Act, ensuring clarity, accuracy, and compliance with the 6,500-word limit. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 03/20/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.50 | 442.50 | 295.00 | L240 | A103 | Draft and revise Motion for Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101. |
| 03/20/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.30 | 88.50 | 295.00 | L240 | A103 | Draft and revise substantive footnote involving opposing counsel Caruso and Mont. R. Prof. Conduct Rule 3.7. for Motion for Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 |
| 03/20/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.30 | 383.50 | 295.00 | L240 | A103 | Final proofread for Brief in Support of Motion for Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 |
| 03/20/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.80 | 236.00 | 295.00 | L250 | A103 | Draft and revise Notice of Other Interested Parties. |
| 03/20/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.50 | 147.50 | 295.00 | L240 | A103 | Final edits and review of Motion for Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101. |
| 03/20/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.60 | 472.00 | 295.00 | L240 | A103 | Cite checks (including extensive string cites) for Brief in Support of Motion for Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101. |
| 03/19/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A106 | Strategy discussion with client Hillary Carls discussing draft motion to dismiss briefing. |
| 03/19/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A104 | Review Montana Senate and House Judiciary Committee hearings and legislative history related to enactment of UPEPA to evaluate legislative intent, policy objectives, and background supporting protection of expressive activity. |
| 03/19/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A101 | Revise and edit briefing addressing malicious prosecution and abuse of process arguments in connection with anti-SLAPP motion. |
| 03/19/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A103 | Draft special motion to dismiss, incorporating relevant legislative history and statutory background, with analysis of structure and content allocation in light of separate, word-limited supporting brief. |
| 03/19/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 1.80 | 594.00 | 330.00 | L240 | A103 | Review and revise draft brief in support of motion to dismiss to streamline arguments and introduction -- approved by R. Winthrop. |
| 03/19/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.10 | 324.50 | 295.00 | L120 | A106 | Prepare for and participate in teleconference with client representative Carls regarding Motion for Expedited Relief pursuant to Anti-Slapp, edits and revisions to the same, the upcoming hearing, and development of strategies regarding the same. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 03/19/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.40 | 118.00 | 295.00 | L240 | A103 | Edits and revisions to Brief in Support of Motion for Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Introduction. |
| 03/19/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.20 | 354.00 | 295.00 | L240 | A103 | Edits and review of Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(ii). |
| 03/19/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.80 | 531.00 | 295.00 | L240 | A102 | Research regarding potential additional argument to Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 involving settlement agreement and release of claims. |
| 03/18/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.50 | 825.00 | 330.00 | L240 | A103 | Analyze interaction between UPEPA standards and Montana substantive law; develop strategic framework and outline for anti-SLAPP dismissal argument. |
| 03/18/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 3.50 | 1,155.00 | 330.00 | L240 | A103 | Draft Introduction outlining factual background, procedural posture, and basis for anti-SLAPP dismissal, emphasizing protected advocacy and Plaintiff's failure to meet statutory burden |
| 03/18/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 5.50 | 1,815.00 | 330.00 | L240 | A103 | Draft substantive anti-SLAPP argument addressing applicability of UPEPA, protected activity, burden shifting, prima facie failures, and entitlement to dismissal and statutory fees |
| 03/18/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A103 | Edit and refine Introduction and anti-SLAPP argument for clarity, organization, and persuasive impact; ensure consistency with governing authority and statutory requirements. |
| 03/18/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L120 | A106 | Draft email to R. Winthrop regarding defense strategy and motions plan. |
| 03/18/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 0.00 | 330.00 | L120 | A105 | Conference with N. Hammond and L. Mullineaux regarding defense strategy and motions plan. |
| 03/18/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.50 | 442.50 | 295.00 | L240 | A103 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(b)(i) (abuse of process - Hughes). |
| 03/18/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 2.50 | 737.50 | 295.00 | L240 | A103 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(b)(i) (failure to state a claim). |
| 03/18/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.60 | 472.00 | 295.00 | L240 | A103 | Continue drafting and revising Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(iii) (malicious prosecution - probable cause) |

EXHIBIT A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/17/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 5.00 | 1,650.00 | 330.00 | L240 | A101 | Review federal authority governing the application of anti-SLAPP statutes—and, specifically, jurisdictions that have enacted the Uniform Public Expression Protection Act (UPEPA)—in federal court, including Ninth Circuit precedent |
| 03/17/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 4.00 | 1,320.00 | 330.00 | L240 | A104 | Review and evaluate case law addressing protected petitioning activity, litigation-related speech, and attorney advocacy under anti-SLAPP/UPEPA statutes and constitutional principles. |
| 03/17/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.40 | 462.00 | 330.00 | L240 | A104 | Review complaint, underlying litigation history, court orders, and exhibits to assess applicability of UPEPA and identify conduct qualifying as protected activity. |
| 03/17/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.10 | 324.50 | 295.00 | L240 | A103 | Edits and review of Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(i) (Note: this was a complex federal court inclusive of legislative history requiring extensive research, drafting, editing, and proofreading) |
| 03/17/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.50 | 442.50 | 295.00 | L240 | A103 | Continue drafting and revising Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(i) (malicious prosecution - favorable termination) |
| 03/17/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.90 | 560.50 | 295.00 | L240 | A103 | Continue drafting and revising Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(iii) (malicious prosecution - probable cause) |
| 03/16/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A104 | Review and analysis of case file materials to assess factual and legal grounds for including client in dismissal motion. Reviewed about 30 letters. |
| 03/16/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.10 | 363.00 | 330.00 | L110 | A101 | Analysis of complaint and briefing related to Klemann motion to dismiss, including evaluation of responsive arguments and anti-SLAPP considerations. |
| 03/16/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.50 | 495.00 | 330.00 | L110 | A104 | Evaluation of legal and strategic considerations regarding inclusion of alternative dismissal theories versus proceeding solely with anti-SLAPP motion. |
| 03/16/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A101 | Evaluation of statute-of-limitations issues and procedural considerations relevant to dismissal strategy. |
| 03/16/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L240 | A101 | Analysis of factual and legal considerations regarding whether opposing counsel Caruso may be subject to disqualification due to potential witness involvement. |
| 03/16/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 0.00 | 330.00 | L120 | A105 | Conference with N. Hammond and L. Mullineaux regarding defense and briefing strategy. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 03/16/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.30 | 88.50 | 295.00 | L120 | A104 | Review and analyze options for potential disqualification of opposing counsel Caruso pursuant to Mont. R. Prof. Conduct Rule 3.7 in development of litigation strategies. |
| 03/15/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L110 | A104 | Review and analyze case law addressing whether a dismissal based on statute of limitations constitutes a favorable termination or adjudication on the merits for purposes of a subsequent malicious prosecution claim |
| 03/13/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.00 | 660.00 | 330.00 | L110 | A101 | Evaluation of legislative hearing regarding SB 292 (anti-SLAPP), including analysis of testimony and preparation of summary materials for use in argument planning. |
| 03/12/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L240 | A104 | Initial review and analysis of Plaintiff's response brief in opposition to co-defendant's motion to dismiss, including evaluation of arguments raised, potential implications for client's defenses, and issues requiring further follow-up. |
| 03/12/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L120 | A104 | Review plaintiff's response in opposition to Klemann's motion to dismiss for purposes of assessing defense and briefing strategy -- 32 pages. |
| 03/12/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.90 | 560.50 | 295.00 | L240 | A103 | Begin drafting and revising Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(i) (malicious prosecution - favorable termination) |
| 03/11/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.70 | 501.50 | 295.00 | L240 | A103 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(b)(i) (abuse of process - Seltzer) |
| 03/11/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.80 | 531.00 | 295.00 | L240 | A103 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(b)(i) (abuse of process - Brault) |
| 03/11/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.60 | 177.00 | 295.00 | L240 | A103 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(b)(iii) (abuse of process - introduction) |
| 03/11/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.40 | 413.00 | 295.00 | L240 | A109 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(b)(ii) (attorneys' fees) |
| 03/11/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.60 | 472.00 | 295.00 | L240 | A103 | Legal research in support of Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(b) (abuse of process) (recovery of damages, including emotional distress; ulterior purpose; unlawful act). |
| 03/10/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A101 | Begin evaluation and analysis of legislative history materials relevant to anti-SLAPP statute in preparation for outlining arguments. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 03/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 2.00 | 590.00 | 295.00 | L240 | A103 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(ii) (malicious prosecution - no damages). |
| 03/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.40 | 118.00 | 295.00 | L240 | A103 | Draft and revise Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii) (prima facie burden introduction). |
| 03/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.20 | 354.00 | 295.00 | L240 | A103 | Legal research in support of Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(iii) (malicious prosecution - probable cause) (research Montana precedent) |
| 03/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.40 | 413.00 | 295.00 | L240 | A103 | Legal research in support of Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(i) (malicious prosecution - favorable termination) (including but not limited to JSJ Limited Partnership v. Mehrban; |
| 03/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.80 | 531.00 | 295.00 | L240 | A102 | Legal research in support of Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(iii) (malicious prosecution - probable cause) |
| 03/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.80 | 236.00 | 295.00 | L240 | A102 | Legal research in support of Expedited Relief to Dismiss Pursuant to Montana Code Annotated § 27-34-101 - Section I(A)(iii)(a)(i) (malicious prosecution - favorable termination) |
| 03/04/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A108 | Strategize with co-defendant counsel Mike Doggett regarding response to Complaint. |
| 03/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A104 | Initial review and analysis of legislative history of HB 292 (Expression Act) relevant to case issues. |
| 02/19/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A106 | Conduct strategy meeting with client Hillary Carls regarding anticipated/ pending anti-SLAPP motion. |
| 02/19/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L120 | A105 | Conference call with H. Carls regarding defense strategy issues. |
| 02/19/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.90 | 265.50 | 295.00 | L120 | A106 | Prepare and participate in teleconference with client representative Carls regarding potential motions **[ACP Redaction].** |
| 02/18/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.10 | 33.00 | 330.00 | L120 | A106 | Exchange emails with H. Carls regarding defense strategy issues. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| 02/12/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.60 | 198.00 | 330.00 | L210 | A104 | Review co-defendant's Motion to Dismiss; analyze asserted grounds and supporting authorities, assess potential impact on client's claims and defenses, and evaluate strategic implications for response and case posture. |
| 02/12/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L120 | A104 | Review Klemann's motion to dismiss for purposes of assessing and directing defense strategy -- 25 pages. |
| 02/12/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.20 | 66.00 | 330.00 | L120 | A106 | Exchange emails with H. Carls and M. Doggett regarding Klemann's motion to dismiss. |
| 02/11/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L110 | A106 | Drafted email to client reviewing and responding to inquiry regarding potential Anti-SLAPP motion **[WP Redaction].** |
| 02/11/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L120 | A106 | Draft email to R. Winthrop regarding joint defense agreement, acknowledgement of service, and strategy for anti-SLAPP motion. |
| 02/10/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.30 | 429.00 | 330.00 | L110 | A106 | Conference with client regarding litigation strategy, including analysis of potential Anti-SLAPP motion and evaluation of prospective abuse of process and malicious prosecution claims, discussion of elements, evidentiary support, procedural timing |
| 02/10/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.80 | 264.00 | 330.00 | L110 | A108 | Strategy conference with co-defendant's counsel Mike Doggett regarding potential Anti-SLAPP motion and evaluation of abuse of process and malicious prosecution claims, including discussion of legal elements, evidentiary record |
| 02/10/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A103 | Drafted correspondence to opposing counsel addressing deficiencies in notice and acknowledgment and advising of appropriate response times based on Federal Rules of Procedure. |
| 02/10/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A104 | Reviewed Federal Rules of Civil Procedure regarding time to respond following service by notice and acknowledgment (waiver of service), including analysis of Rule 4(d) and Rule 12 deadlines to determine responsive pleading timeframe |
| 02/10/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A104 | Reviewed and analyzed co-defendant's draft motion to dismiss in preparation for strategy call, including evaluation of legal arguments, potential impact on client's position, alignment of defenses, and recommended coordinated approach. |
| 02/10/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L110 | A104 | Reviewed and analyzed client's motion in limine in different matter involving opposing counsel who is currently representing a party suing client in current matter, including evaluation of strategic implications and recommendations |
| 02/10/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.20 | 0.00 | 330.00 | L120 | A105 | Conference with L. Mullineaux regarding strategy for adjusting language on waiver of service request. |

EXHIBIT A

| Date | Name | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 02/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.60 | 472.00 | 295.00 | L120 | A106 | Prepare for and participate in teleconference with client representative Carls in development of dispositive motions strategy, legal theories and defenses, and next steps. |
| 02/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.20 | 59.00 | 295.00 | L120 | A103 | Edits and revisions to letter to Attorney Jones regarding application of Federal Rules of Civil Procedure to Waiver and Acknowledgement of Service to implement protective measures. |
| 02/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.30 | 88.50 | 295.00 | L120 | A104 | Review and analyze Anti-Slaap Motion and Motion to Dismiss from Attorney Doggett in development of additional theories for dispositive motions. |
| 02/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.40 | 118.00 | 295.00 | L120 | A103 | Edits and revisions to Waiver and Acknowledgement of Service to conform with the Federal Rules of Civil Procedure for the purposes of implementing protective measures. |
| 02/10/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.10 | 324.50 | 295.00 | L240 | A102 | Legal research regarding "success on the merits" requirement for malicious prosecution in development of Motion to Dismiss. |
| 02/09/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 4.20 | 1,386.00 | 330.00 | L110 | A102 | Researched malicious prosecution under Montana law, including analysis of all six elements, judicial interpretation of "favorable termination" and prevailing on the merits, and standards governing probable cause determinations. |
| 02/09/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A103 | Drafted internal memorandum summarizing research on malicious prosecution under Montana law **[WP Redaction].** |
| 02/09/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.10 | 33.00 | 330.00 | L120 | A108 | Draft email to M. Doggett regarding draft Joint Defense Agreement. |
| 02/09/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.90 | 265.50 | 295.00 | L240 | A102 | Legal research regarding improperly pleaded punitive damages claim for the purposes of a Motion to Dismiss. |
| 02/08/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.10 | 33.00 | 330.00 | L120 | A106 | Exchange emails with R. Winthrop regarding approval of research to support defense strategy. |
| 02/06/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L120 | A106 | Draft email to R. Winthrop describing research in support of defense strategy. |
| 02/05/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.80 | 924.00 | 330.00 | L110 | A102 | Researched abuse of process under Montana law, including analysis of required elements, distinction from malicious prosecution, standards governing improper purpose and misuse of process, and applicability to current factual circumstances. |

EXHIBIT A

| Date | Name | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 02/05/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A103 | Drafted internal memorandum synthesizing research on abuse of process under Montana law, including detailed analysis of required elements, distinction from malicious prosecution, standards for improper purpose and misuse of process. |
| 02/05/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.90 | 297.00 | 330.00 | L120 | A106 | Draft email to R. Winthrop detailing proposed defense strategy. |
| 02/05/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.90 | 265.50 | 295.00 | L120 | A102 | Legal research and analysis of whether an attorney in Montana may ethically assert a claim known to be time-barred. |
| 02/05/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.90 | 265.50 | 295.00 | L240 | A102 | Legal research regarding the application of punitive damages where no underlying damages exist for the purposes of a Motion to Dismiss. |
| 02/05/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.20 | 354.00 | 295.00 | L240 | A102 | Legal research and analysis of settlement agreement, including evaluation of impact on Plaintiff's damages claims in the context of a Motion to Dismiss. |
| 02/04/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A103 | Drafted revisions to joint defense agreement, including preparation of confidentiality and common-interest provisions, allocation of information-sharing parameters, preservation of privilege language, and coordination terms among aligned defendants. |
| 02/04/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.60 | 198.00 | 330.00 | L110 | A101 | Strategic analysis of claims, defenses, procedural posture, evidentiary issues, and potential next steps in litigation. |
| 02/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A106 | Conference with client regarding strategic analysis of claims and defenses, review of procedural posture, evaluation of evidentiary issues, and discussion of potential next steps and litigation strategy. |
| 02/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 2.20 | 726.00 | 330.00 | L110 | A101 | Initial review and analysis of Special Anti-SLAPP motion and malicious prosecution allegations, including assessment of asserted legal grounds, procedural posture, and preliminary evaluation of potential defenses and strategic response. |
| 02/03/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 3.00 | 990.00 | 330.00 | L110 | A104 | Review file from Hillary Carls related to representation of Elizabeth Klemann. Approximately 200+ pages. |
| 02/03/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.60 | 0.00 | 330.00 | L120 | A105 | Conference with N. Hammond and L. Mullineaux regarding defense strategy issues. |
| 02/03/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.90 | 297.00 | 330.00 | L120 | A104 | Review case law and articles pertaining to Anti-SLAPP laws in Montana and other jurisdictions for purposes of developing defense strategy. |

EXHIBIT A

| Date | Timekeeper | Matter | Hours | Amount | Rate | | | Description |
|---|---|---|---|---|---|---|---|---|
| 02/03/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 1.00 | 295.00 | 295.00 | L120 | A104 | Review and analyze Complaint and supporting documentation, including correspondence and settlement brochure, in development of potential dispositive motions and defenses. |
| 02/03/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.80 | 236.00 | 295.00 | L120 | A102 | Legal research into Montana's adoption of the Uniform Public Expression Protection Act and the impact of such first amendment protections on the present litigation. |
| 02/03/2026 | Mullineaux, Lindsay A. | Ailes v. Hillary Carls | 0.90 | 265.50 | 295.00 | L120 | A102 | Begin legal research into negligent battery as a cause of action in similar jurisdictions, including review of secondary sources. |
| 02/02/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 1.00 | 330.00 | 330.00 | L110 | A103 | Draft joint defense agreement. |
| 02/02/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L120 | A106 | Draft emails to R. Winthrop regarding L. Klemann's retention of private counsel, as well as staffing and research approval issues. |
| 02/01/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.80 | 264.00 | 330.00 | L120 | A108 | Conference call with M. Doggett, counsel for co-defendant, regarding case background and coordination of defense strategy. |
| 02/01/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.20 | 66.00 | 330.00 | L120 | A108 | Draft email to R. Winthrop regarding identification of counsel for co-defendant and coordination of defense strategy. |
| 01/31/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A106 | Review email correspondence from client re: case status and multiple questions on case strategy. |
| 01/31/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L120 | A106 | Conference call with H. Carls regarding case background and defense strategy issues. |
| 01/31/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L120 | A106 | Exchange emails with H. Carls regarding case background and defense strategy issues. |
| 01/30/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A101 | Outlined basis for inability to represent both client and attorney due to potential and actual conflicts of interest arising from claims asserted. |
| 01/30/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A104 | Review multiple email correspondence from client with several questions and providing status updates related to the matter. |

EXHIBIT A

| Date | Name | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 01/30/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L120 | A106 | Exchange emails with H. Carls regarding potential joint representation of H. Klemann. |
| 01/30/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L120 | A106 | Conference call with R. Winthrop regarding defense strategy. |
| 01/30/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.50 | 165.00 | 330.00 | L120 | A108 | Conference call with L. Klemman's private counsel regarding potential coordination of defense. |
| 01/29/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A106 | Review email from client Hillary Carls regarding conversation with Elizabeth Klemann. |
| 01/29/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A103 | Prepared short memorandum analyzing potential client conflict issues and applicable ethical considerations. |
| 01/29/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A104 | Analyzed applicable ethical rules and conflict-of-interest principles relevant to potential client conflicts between Elizabeth Klemann and Hillary Carls. |
| 01/29/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.60 | 198.00 | 330.00 | L120 | A106 | Conference call with H. Carls regarding case status, conflict issues, and defense strategy. |
| 01/28/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A104 | Reviewed and analyzed documents received from client relating to the underlying matter including settlement agreement, settlement brochure, stipulated motion to dismiss, and Order for dismissal and impact on case. |
| 01/28/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A104 | Reviewed and analyzed emails from client relating facts and information regarding the underlying matter. |
| 01/28/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A101 | Outline defensive strategy in light of facts known to date. |
| 01/28/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A104 | Review emails from adjuster Racheal Winthrop regarding representation of Elizabeth Klemann and consideration of possible conflict issues. |
| 01/28/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L120 | A106 | Conference call with R. Winthrop regarding case status, response to complaint, staffing issues, and initial strategy. |

EXHIBIT A

| Date | Name | Matter | Hours | Amount | Rate | Task | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| 01/28/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L120 | A106 | Exchange emails with R. Winthrop regarding case status, response to complaint, staffing issues, and initial strategy. |
| 01/28/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L120 | A106 | Conference call with R. Winthrop regarding conflict of interest issues. |
| 01/28/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L120 | A106 | Draft email to H. Carls regarding case status, defense strategy, and possibility of representing L. Klemann **[ACP/WP Redaction].** |
| 01/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A106 | Initial conference with client Hillary Carls to discuss background of matter, issues presented, and next steps. |
| 01/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A108 | Reviewed and analyzed complaint alleging malicious prosecution and abuse of process, including assessment of asserted claims against client and reviewed attachments to complaint-123 pages. |
| 01/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A104 | Investigation re: cases analyzing claims of abuse of process and malicious prosecution, factors in favor and against the same, and impact on defensive strategy. |
| 01/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A104 | Analyzed Federal Rule of Civil Procedure 4 regarding summons, notice, and acknowledgment, and reviewed notice received by Hillary Carls for compliance, noting any issues. |
| 01/27/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A108 | Review and respond to (multiple) email correspondence to adjuster Rachael Winthrop re: Hillary Carls and discussion of initial case strategy. |
| 01/27/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.10 | 33.00 | 330.00 | L120 | A106 | Exchange emails with R. Winthrop regarding development of defense strategy. |
| 01/26/2026 | Colwin, Mercedes | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L110 | A106 | Review, assess and send electronic mail correspondence with Rachael Winthrop of Berkley Select re new claim with insured cleared and counsel and details as to next steps and assignment of new claim with insured. |
| 01/26/2026 | Hammond, Natalie A. | Ailes v. Hillary Carls | 0.00 | 0.00 | 305.00 | L210 | A104 | Initial review of new matter including complaint and outline potential defensive strategy. |
| 01/26/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.30 | 99.00 | 330.00 | L120 | A104 | Review complaint to assess case status and initial defense strategy - 13 pages. |

EXHIBIT A

| 01/26/2026 | Huey, Nathan A. | Ailes v. Hillary Carls | 0.40 | 132.00 | 330.00 | L120 | A106 | Exchange emails with H. Carls and R. Wintrop regarding case status and initial defense strategy. |
|---|---|---|---|---|---|---|---|---|
| 05/06/2026 | | Ailes v. Hillary Carls | 0.00 | 172.76 | 0.00 | | | VENDOR: Slowik, Hope M. INVOICE#: CREX8157797405130028 DATE: 5/13/2026;  Copies, Outside printing of materials for MTUEPA hearing., 05/06/26/HSlowik/HMS2/TWA/WR1/ |
| | | | **201.2** | **63,915.76** | | | | |

EXHIBIT A