Michael Doggett, MTBA # 11519
DOGGETT LAW OFFICES, PLLC
2120 S. Reserve St., #130
Missoula, MT 59801
Telephone: (406) 442-1160
Facsimile: (406) 258-0398
E-mail:  mike@doggettlawoffice.net
*Attorney for Defendant Elizabeth Klemann*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZACHARY AILES,<br><br>          Plaintiff,<br><br>  vs.<br><br>ELIZABETH KLEMANN and HILARY CARLS,<br><br>          Defendants. | Cause No.  CV 2026-14-M-KLD<br><br>**DECLARATION OF MICHAEL CONNOR DOGGETT IN SUPPORT OF DEFENDANT ELIZABETH KLEMANN'S REQUEST FOR ATTORNEYS' FEES AND COSTS** |

MICHAEL CONNOR DOGGETT declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a member of the State Bar of Montana, MTBA # 11519.  I am over the age of 18 and competent to testify to the maters contained in this declaration.

2.     I attach, as Exhibit A, a true and correct copy of my fees and expenses associated with Elizabeth Klemann's Special Motion to Dismiss.

3.     Klemann is billed at a rate of $305 per hour.

1

4. I graduated from the Alexander Blewett III School of Law in 2010. Since that time, I gained legal experience in Montana working for a state district court judge in Billings, a law firm in Billings named Towe, Ball, Enright, Mackey & Sommerfeld, and now approximately 12 years as a sole practitioner.

5. I built my practice from a general practice to one concentrated primarily in plaintiff personal injury litigation and civil litigation.

6. Many of the issues in this case surround the legal effect of plaintiff's allegations of improper litigation conduct surrounding sexual assault allegations. In that area of the law, I have developed niche expertise.  My firm, along with Crew Janci and Colton & Holm, represented several victims of sexual abuse of Dr. Stanley Patrick Weber in Montana and South Dakota at IHS hospitals.  In that litigation and subsequent mediation negotiation, issues of statutes of limitation, damage amounts for sexual abuse, standards and methods of proof, and final settlement and payment of claims were extensively addressed and briefed.  I also represented several abuse victims of Dr. Patrick McGree in Butte.  I am currently plaintiff counsel, along with Colton & Holm, in litigation against a former pastor in Lame Deer, Montana, on behalf of several clients who were abused by him.

7.  Although I have significant experience related to the issues in this case, virtually all the issues surrounding UPEPA and anti-SLAPP cases were novel

2

to me and required extensive research.  To my knowledge, this case is the first application of UPEPA in Montana.

8.      Based on my legal experience, knowledge of standard rates in the Missoula, Montana, area, and the complexity of this matter, I believe the rates charged and expenses incurred by me are reasonable given the necessary work performed.

9.      According to the records attached as Exhibit A, I spent 159.1 hours and billed a total of $48,525.50 related to my work on my Klemann's Special Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on May 29, 2026 in Missoula, Montana.


/S/ MICHAEL C. DOGGETT

MICHAEL C. DOGGETT


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the Plaintiff via the federal court's CME/CF system:

Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG, P.C.

201 W. Main St., Ste. 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
npjones@boonekarlberg.com
tleonard@boonekarlberg.com

Kenneth A. Caruso
KENNETH CARUSO LAW LLC
15 West 72nd Street
New York, NY 10023
Phone: (646) 599-4970
Ken.caruso@kennethcarusolaw.com

 DATED this 29th day of May, 2026.

     /S/ MICHAEL C. DOGGETT

     MICHAEL C. DOGGETT

     Attorney for Defendant Klemann

4

| Type | Date | Hours | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|
| TimeEntry | 3/2/2026 | 6.5 | Work on anti-SLAPP motion, legal research. | 305 | 1982.5 | Michael Doggett |
| TimeEntry | 3/3/2026 | 4.8 | Continued work on anti-SLAPP motion. | 305 | 1464 | Michael Doggett |
| TimeEntry | 3/4/2026 | 5.2 | Legal research and work on anti-SLAPP motion. | 305 | 1586 | Michael Doggett |
| TimeEntry | 3/5/2026 | 3.6 | Work on anti-SLAPP motion. | 305 | 1098 | Michael Doggett |
| TimeEntry | 3/6/2026 | 5.5 | Communication with co-counsel and work on anti-SLAPP motion. | 305 | 1677.5 | Michael Doggett |
| TimeEntry | 3/9/2026 | 4.8 | Continued working on Anti-SLAPP motion. | 305 | 1464 | Michael Doggett |
| TimeEntry | 3/10/2026 | 6.1 | Continued working on anti-SLAPP motion. | 305 | 1860.5 | Michael Doggett |
| TimeEntry | 3/11/2026 | 5.1 | Legal research and work on anti-SLAPP motion. | 305 | 1555.5 | Michael Doggett |
| TimeEntry | 3/21/2026 | 4.5 | Work on Anti-SLAPP for filing next week. | 305 | 1372.5 | Michael Doggett |
| TimeEntry | 3/22/2026 | 3.9 | Work on anti-SLAPP and Reply brief. | 305 | 1189.5 | Michael Doggett |
| TimeEntry | 3/23/2026 | 5.6 | Work on Anti-SLAPP and Reply brief. | 305 | 1708 | Michael Doggett |
| TimeEntry | 3/24/2026 | 8.6 | Final drafting and filing of anti-SLAPP brief. | 305 | 2623 | Michael Doggett |
| TimeEntry | 4/24/2026 | 6.3 | Reviewed response, started drafting and legal research on Reply brief. | 305 | 1921.5 | Michael Doggett |
| TimeEntry | 4/25/2026 | 5.4 | Continued drafting and legal research on Reply brief. | 305 | 1647 | Michael Doggett |
| TimeEntry | 4/26/2026 | 6.3 | Continued drafting and legal research on Reply brief. | 305 | 1921.5 | Michael Doggett |
| TimeEntry | 4/27/2026 | 6.3 | Continued drafting and legal research on Reply brief. | 305 | 1921.5 | Michael Doggett |
| TimeEntry | 4/28/2026 | 6.2 | Continued drafting and legal research on Reply brief. | 305 | 1891 | Michael Doggett |
| TimeEntry | 4/29/2026 | 5.6 | Continued drafting and legal research on Reply brief. | 305 | 1708 | Michael Doggett |
| TimeEntry | 4/30/2026 | 7.3 | Continued drafting and legal research on Reply brief. | 305 | 2226.5 | Michael Doggett |
| TimeEntry | 5/2/2026 | 3.4 | Continued drafting and legal research on Reply brief. | 305 | 1037 | Michael Doggett |
| TimeEntry | 5/3/2026 | 4.2 | Continued drafting and legal research on Reply brief. | 305 | 1281 | Michael Doggett |
| TimeEntry | 5/4/2026 | 7.3 | Continued drafting and legal research on Reply brief. | 305 | 2226.5 | Michael Doggett |
| TimeEntry | 5/5/2026 | 7.8 | Continued drafting and legal research on Reply brief. | 305 | 2379 | Michael Doggett |
| TimeEntry | 5/6/2026 | 8.1 | Continued drafting and legal research on Reply brief. | 305 | 2470.5 | Michael Doggett |
| TimeEntry | 5/7/2026 | 10.2 | Continued drafting and legal research on Reply brief. | 305 | 3111 | Michael Doggett |
| TimeEntry | 5/8/2026 | 10.5 | Filed and drafted Reply brief. | 305 | 3202.5 | Michael Doggett |
| | | 159.1 | | | 48525.5 | |

**EXHIBIT A**