Nathan A. Huey
Natalie A. Hammond
Lindsay A. Mullineaux
Gordon Rees Scully Mansukhani, LLP
283 W. Front Street, Suite 003
Missoula, MT 59802
Telephone: 406-218-4074
nhuey@grsm.com; nhammond@grsm.com
lmullineaux@grsm.com; hslowik@grsm.com

*Attorneys for Hillary Carls*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| ZACHARY AILES,<br><br>               Plaintiff,<br><br>   v.<br><br>ELIZABETH KLEMANN and HILARY CARLS,<br><br>               Defendants. | Case No.9:26-cv-00014-KLD<br><br><br>**AMENDED DECLARATION OF NATALIE HAMMOND IN SUPPORT OF DEFENDANT HILLARY CARLS' REQUEST FOR ATTORNEYS' FEES AND COSTS** |

1.     I, Natalie A. Hammond, pursuant to 28 U.S.C. § 1746, declare as follows:

2.     I am over the age of 18 and competent to testify about matters set forth in this declaration.

3.     All matters set forth in this declaration are based on my personal knowledge. I have reviewed and am familiar with the time records, statements, and

Page **1**

billing from Gorden Rees Scully Mansukhani ("GRSM") set forth herein and am familiar with the time and work expended by GRSM in this matter.

4. I am Senior Counsel at GRSM and counsel for Defendant Hilary Carls ("Carls") in the above-captioned action.

5. I am submitting this amended declaration pursuant to Montana Code Annotated § 27-34-110, which permits the award of court costs, reasonable attorney fees, and reasonable litigation expenses related to a motion filed pursuant to Montana's Uniform Public Expression Act and pursuant to the Court's Order of June 25, 2026.

6. Carls is billed by GRSM on an hourly basis for attorneys' fees expended on her behalf in relation to the above-captioned matter at the following rates: Partners and Senior Counsel at $330.00; Associates at $295.00.

7. The declaration submitted May 28, 2026, inadvertently referenced the 2025 billing rates for certain timekeepers. Effective January 1, 2026, the approved billing rates for Senior Counsel Natalie Hammond increased from $305 per hour to $330 per hour. The omission of the January 1, 2026, rate adjustment from the declaration was an administrative oversight. The fee request reflects the rates in effect during the relevant period and does not seek compensation at rates beyond those customarily charged and paid by clients for comparable work.

8. The Court noted that the timekeeper index includes Michael P. Sarabia and that the declaration did not address Michael P. Sarabia's role in the representation. Michael P. Sarabia is a Senior Counsel with GRSM and provided legal guidance and strategic direction regarding the matter. Although he did not enter a formal appearance on behalf of Carls, Michael P. Sarabia provided supervisory and consultative support during the litigation, which explains his inclusion in the timekeeper index. The omission of this explanation from the original declaration was inadvertent.

9. During the course of the above-captioned matter, GRSM provided Carls with legal services related to the preparation and filing of Carls' Special Motion for Expedited Relief, as well as preparation and filing of Carls' Reply in Support and related matters.

10. Attached to May 28, 2026, Declaration was Exhibit A, an index of the time and services provided to Carls by GRSM in relation to her Special Motion for Expedited Relief. Through May 28, 2026, GRSM spent 201.2 hours on this matter, amounting to a total of $63,915.76 in court costs, reasonable attorney fees, and reasonable litigation expenses. The work required to research, analyze, prepare, and file the Special Motion for Expedited Relief, as well as Carls' Reply in Support, was reasonable, necessary, and time-consuming given the complexity of the issue, the recent enaction of Montana's Uniform Public Expression Act, and related issues of

first impression.

11.     Following submission of the May 28, 2026, Declaration, additional attorneys' fees were incurred in connection with preparing for and attending oral argument on June 2, 2026; researching and drafting supplemental briefing at the Court's request as to whether abuse of process is a compulsory counterclaim; and reviewing and submitting supplemental authority concerning the award of attorney's fees in the amount of $16,209.00. The brunt of these fees, which are described in more detail through **Exhibit A**, set forth below, are fees expended preparing for oral argument in anticipation of upcoming litigation.

12.     Accordingly, Carls respectfully requests an award of **$80,184.76** in attorneys' fees and costs, consisting of the $63,975.76 previously requested, plus an additional $16,209.00 incurred after May 18, 2026. An updated index of fees and costs reflecting the fees and expenses incurred after May 28, 2026, is attached as **Exhibit A** and the receipt for copy charges is attached as **Exhibit B**.

13.     I am familiar with the usual, customary, and reasonable fees charged for legal services by GRSM and with the usual, customary, and reasonable fees charged by other law firms and attorneys in the legal community for work similar to that performed by GRSM in this matter. I believe the rates and fees set forth herein are reasonable and within the range of usual and customary rates normally charged by attorneys in this community for similar representation.

14. I graduated from the Alexander Blewett III School of Law with honors in the Spring of 2020.

15. I have been in private practice since September 2020, with a focus on representing clients in a diverse range of complex civil litigation matters. My litigation practice includes professional liability, construction defects, tort, civil rights, class action, employment litigation, and insurance coverage matters. I represent clients in both state and federal courts, as well as at the trial court and appellate levels. My practice has also included representing clients in high-stakes marital dissolution proceedings and securing favorable results for clients in matters involving substantial assets and closely held businesses.

16. Nathan A. Huey is a GRSM Partner and an experienced attorney who graduated with distinction from the University of Iowa College of Law in 2003. Since then, Mr. Huey has supported clients in a diverse range of civil litigation matters in both state and federal courts, and at both the trial court and appellate levels.

17. Lindsay A. Mullineaux is an Associate at GRSM who graduated from the Alexander Blewett III School of Law with honors in the Spring of 2021. Ms. Mullineaux's practice is primarily focused on commercial litigation, but she is well-versed in a variety of areas including construction litigation, civil rights litigation, ADA disputes, employment law and business matters, personal injury, and

professional negligence. She represents clients in both state and federal courts, at the trial and appellate levels.

18. Based on my legal experience; knowledge of standard rates in the Missoula, Montana, area; and the complexity of this matter, I believe the rates charged and expenses incurred by myself, Mr. Huey, and Ms. Mullineaux are reasonable given the necessary work performed.

19. I declare, under penalty of perjury under the laws of the United States of America that the foregoing, and the information contained in the attached **Exhibit A and Exhibit B**, are true and correct.

Further declarant sayeth not.

Dated this 2nd day of July, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Natalie A. Hammond* .
Nathan A. Huey
Natalie A. Hammond
Lindsay A. Mullineaux
*Attorneys for Defendant Hillary Carls*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I filed the foregoing via CM/ECF and caused a true and correct copy of the same to be sent via electronic mail to all counsel of record.

/s/ Natalie A. Hammond