Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
201 W. Main St., Ste. 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
npjones@boonekarlberg.com, tleonard@boonekarlberg.com,
ken.caruso@kennethcarusolaw.com


Kenneth A. Caruso*
KENNETH CARUSO LAW LLC
15 West 72nd Street
New York, NY 10023
Phone: (646) 599-4970
*Admitted Pro Hac Vice

Attorneys for Plaintiff, Zachary Ailes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZACHARY AILES,<br><br>        Plaintiff,<br><br>v.<br><br>ELIZABETH KLEMANN and<br>HILLARY CARLS<br><br>        Defendants. | Case No. 9:26-cv-00014-DWM<br><br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Zachary Ailes ("Plaintiff"),

hereby appeals to the United States Court of Appeals for the Ninth Circuit, from

1

the Judgment of this Court, dated July 9, 2026, Doc. 46, and all prior interlocutory orders, including, without limitation the Opinion and Order of the Hon. Donald W. Molloy, United States District Judge, dated June 25, 2026, Doc. 44.

Dated:  July 23, 2026                     BOONE KARLBERG P.C.

/s/ Natasha Prinzing Jones
Natasha Prinzing Jones

KENNETH CARUSO LAW LLC

/s/ Kenneth A. Caruso*
Kenneth A. Caruso
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff, Zachary Ailes*

**FOR THE DISTRICT OF** Montana

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 9:26-cv-00014-DWM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 01/16/2026

Date of judgment or order you are appealing: 07/09/2026

Docket entry number of judgment or order you are appealing: 46, 44

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes     ○ No     ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff, Zachary Ailes

Is this a cross-appeal?  ○ Yes     ○ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes     ○ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                     State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Kenneth A. Caruso     **Date** July 23, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff, Zachary Ailes

Name(s) of counsel (if any):

Natasha Prinzing Jones
Thomas J. Leonard
(continued on following page)

Address: 201 W. Main St., Ste. 300, PO Box 9199, Missoula, MT  59807-9199

Telephone number(s): (406) 543-6646

Email(s): npjones@boonekarlberg.com, tleonard@boonekarlberg.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendant, Elizabeth Klemann

Name(s) of counsel (if any):

Michael Connor Doggett

Address: 2120 S. Reserve St., #130, Missoula, MT 59801

Telephone number(s): (406) 442-1160

Email(s): mike@doggettlawoffice.net

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**        *1*        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Plaintiff, Zachary Ailes

Name(s) of counsel (if any):

Kenneth A. Caruso

Address: | 15 West 72nd Street, New York, NY 10023

Telephone number(s): | (646) 599-4970

Email(s): | ken.caruso@kennethcarusolaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

## Appellees

Name(s) of party/parties:

Defendant, Hillary Carls

Name(s) of counsel (if any):

Nathan A. Huey, Natalie A. Hammond, Lindsay A. Mullineaux

Address: | 283 W. Front Street, Suite 003, Missoula, MT 59802

Telephone number(s): | (406) 218-4074

Email(s): | nhuey@grsm.com, nhammond@grsm.com, lmullineaux@grsm.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Executed:  July 23, 2026

By:  /s/ Kenneth A. Caruso*

Kenneth A. Caruso

*Attorneys for Plaintiff,*
*Zachary Ailes*

***Admitted Pro Hac Vice***