Natasha Prinzing Jones
Thomas J. Leonard
BOONE KARLBERG P.C.
201 W. Main St., Ste. 300
P.O. Box 9199
Missoula, MT  59807-9199
Telephone: (406) 543-6646
npjones@boonekarlberg.com, tleonard@boonekarlberg.com,
ken.caruso@kennethcarusolaw.com


Kenneth A. Caruso*
KENNETH CARUSO LAW LLC
15 West 72nd Street
New York, NY 10023
Phone: (646) 599-4970
*Admitted Pro Hac Vice

*Attorneys for Plaintiff, Zachary Ailes*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ZACHARY AILES,<br><br>          Plaintiff,<br><br>v.<br><br>ELIZABETH KLEMANN and<br>HILLARY CARLS<br><br>          Defendants. | Case No. 9:26-cv-00014-DWM<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Zachary Ailes ("Plaintiff"),

hereby appeals to the United States Court of Appeals for the Ninth Circuit, from

1

the Opinion and Order of this Court, dated August 5, 2026, Doc. 52, as well as, the

Costs Taxed, dated August 5, 2026, Doc. 53.

Dated:  August 13, 2026                    BOONE KARLBERG P.C.

                                           /s/ Natasha Prinzing Jones
                                           Natasha Prinzing Jones

                                           KENNETH CARUSO LAW LLC

                                           /s/ Kenneth A. Caruso*
                                           Kenneth A. Caruso
                                           *Admitted Pro Hac Vice

                                           Attorneys for Plaintiff, Zachary Ailes

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Executed:  August 13, 2026          By:    /s/ Kenneth A. Caruso*
                                                    Kenneth A. Caruso

                                                    *Attorneys for Plaintiff,*
                                                    *Zachary Ailes*

                                                    *\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** [                    ]

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: [                    ]

　　Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: [                    ]

Date of judgment or order you are appealing: [                    ]

Docket entry number of judgment or order you are appealing: [                    ]

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

[                    ]

Is this a cross-appeal?  ○ Yes    ○ No

If yes, what is the first appeal case number? [                    ]

Was there a previous appeal in this case?  ○ Yes    ○ No

If yes, what is the prior appeal case number? [                    ]

Your mailing address (if pro se):

[                    ]

[                    ]

City: [            ]    State: [      ]    Zip Code: [            ]

Prisoner Inmate or A Number (if applicable): [            ]

**Signature** [                    ]    **Date** [            ]

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

## **<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*